# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

TAMMIE L. WALLACE

vs.  NO. 3:03CV00402 SWW

MARY C. BELL, M.D., ET AL

### ORDER OF DISMISSAL

Pursuant to the stipulation of dismissal filed by the parties in this matter pursuant to Rule 41(a), Federal Rules of Civil Procedure,

IT IS THEREFORE ORDERED that all claims[1] in this cause of action hereby are dismissed without prejudice.[2]

DATED this 31st day of July, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] Though the Stipulation of Dismissal only addresses dismissal of plaintiff's cause of action, counsel for separate defendant Baptist Memorial Hospital-Mississippi County, Inc., has advised the Court by e-mail that the dismissal is to all claims including the cross-claim.

[2] Separate defendant Baptist Memorial Hospital-Mississippi County, Inc., filed a motion for summary judgment on July 31, 2006. However, the pleading was mailed to the Court at an old post office box number, and receipt by the Court was delayed. Communication from Andrea Brock, counsel for separate defendant, has indicated to the Court that this order should be entered.